# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-2001
LT Case No. 16-2025-DR-011473

_____

SHANE JOSEPH,

Appellant,

v.

KENDRA HILLIARD,

Appellee.

_____

Nonfinal appeal from the Circuit Court for Duval County.
Ashley W. Cox, Judge.

Shane Joseph, Converse, TX, pro se.

Kendra Hilliard, Jacksonville, pro se.

November 20, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____